■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KYISHA SMITH, Appellant. [741 NYS2d 743] —Appeal by the defen-

dant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered April 6, 2001, convicting her of manslaughter in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Altman, J.P., Schmidt, Townes and Cozier, JJ., concur.